IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE MANNINO and JACQUELINE MANNINO | : : : : |
| Plaintiffs | CIVIL ACTION NO. 15-6487 |
| vs. | : : : |
| WESTFIELD INSURANCE COMPANY | : : |
| Defendant | : : |

## ORDER

**AND NOW**, this 7th day of November, 2016, upon consideration of Defendant, Westfield Insurance Company's Motion for Summary Judgment Directed to Plaintiffs, Salvatore Mannino and Jacqueline Mannino (Dkt. No. 22); upon consideration of Defendant, Westfield Insurance Company's Brief in Support of its Motion for Summary Judgment Directed to Plaintiffs, Salvatore Mannino and Jacqueline Mannino and exhibits thereto (Dkt. Nos. 22-1, 22-3 through 22-11, and 23); and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Defendant's motion for summary judgment (Dkt. No. 22) is **GRANTED**. Judgment is entered for Defendant on Plaintiffs' claims.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge